## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**In re:**  Case No.: 8:18-bk-04965-CPM
            Chapter 13

**Jodi Thomas-Shinn,**
    **Debtors.**
_____/

### NOTICE OF WITHDRAWAL OF
### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned attorney of record, Keith P. Merritt, hereby provides notice of withdrawal of his Motion to Withdraw.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing has been furnished electronically or by U.S. Mail on this 12th day of July 2018, to Office of the U.S. Trustee, Timberlake Annex, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; Jon Waage, P O Box 25001, Bradenton, FL 34206−5001 and Jodi Thomas-Shinn, 3800 Levins Road, Mulberry, FL 33860E-mail: jodishinn3@gmail.com.

    /s/ Keith P. Merritt
    Keith P. Merritt, Esquire
    Florida Bar No. 181961
    Counsel for Debtor
    Merritt Law Office, P.A.
    P.O. Box 92412
    Lakeland, FL  33804
    Telephone:  (863) 683-3333
    Facsimile:   (863) 937-9333
    E-mail: bk@merrittlawoffice.net